UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTEVA PRODUCTS, LLC,

      Plaintiff,

v.

REINFRO, LLC,

      Defendant.

Case No. 23-cv-12269
Hon. Matthew F. Leitman

_____/

**ORDER EXTENDING SCHEDULING ORDER DEADLINES**

This matter is before the Court on the parties' Joint Motion to Extend Scheduling Order Deadlines, the Court being fully advised in the premises, and for good cause shown:

**IT IS HEREBY ORDERED** that the Amended Scheduling Order deadlines are hereby extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Fact Discovery cutoff | March 26, 2025 | June 24, 2025 |
| Expert Discovery cutoff | June 30, 2025 | September 29, 2025 |
| Dispositive motions due | July 30, 2025 | October 28, 2025 |
| Rule 26(a)(3) Pretrial Disclosures | September 26, 2025 | December 23, 2025 |
| Motions *in Limine* | October 17, 2025 | January 15, 2026 |

| Final Pretrial Order | November 10, 2025 | February 10, 2026 |
| --- | --- | --- |
| Final Pretrial Conference | November 24, 2025 | February 24, 2026, at 1:30 p.m. |
| Trial Date | December 9, 2025 | March 10, 2026, at 9:00 a.m. |

**IT IS SO ORDERED**.

                                                        s/Matthew F. Leitman  
                                                        MATTHEW F. LEITMAN  
                                                        UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2025, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan  
                                                        Case Manager  
                                                        (313) 234-5126