UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTEVA PRODUCTS LLC,

     Plaintiff,

                                  Case No. 23-cv-12269
v.                                Hon. Matthew F. Leitman

REINFRO LLC,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The Defendant in this case has filed for Chapter 11 bankruptcy. (*See* Voluntary Pet. for Bankruptcy, ECF No. 35-1.)  In light of that filing, the matter is **ADMINISTRATIVELY CLOSED** until further order of the Court.

     **IT IS SO ORDERED.**


                           s/Matthew F. Leitman
                           MATTHEW F. LEITMAN
                           UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 6, 2026, by electronic means and/or ordinary mail.

                           s/Holly A. Ryan
                           Case Manager
                           (313) 234-5126